MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

U.S.A. )
)
)
Plaintiffs, )
)
Vs. ) Case No. CR 02-38 E
)
Daugherty )
)
)
Defendants. )

HEARING ON Revocation of Supervised Release

Before Judge Sean J McLaughlin

Held on 7-30-07

Marshall Piccinini, AUSA         Tim Lucas

_Appear for Plaintiff_         _Appear for Defendant_

Hearing begun 1:30 pm         Hearing adjourned to _____

Hearing concluded C.A.V. 1:55pm         Stenographer Heather Naso

Clerk n/a

WITNESSES:

△'s S.R. is Revoked; Sentenced to 9 mths imprisonment; 27 mths S.R.
all previous terms & cond. apply.
J & C to follow.