JUL-09-2007 16:23 FROM:US DISTRICT COURT    4122087530        TO:8144649607           P.: 1

AO 442  (Rev 3/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__  District of  __PENNSYLVANIA__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| KIMBERLY A. DAUGHERTY | Case Number: 02-38 Erie |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kimberly A. Daugherty__
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  XX Probation Violation Petition

charging him or her with  (brief description of offense and in violation of Title _ of U.S.C., Section(s)_)

Violations of supervision

| Debra L. Mayo | Docket Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _/s/ Debra L. Mayo_ | 7/9/2007         Erie, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

U.S. DISTRICT COURTHOUSE

| DATE RECEIVED 7/9/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/10/07 | STEPHEN C. BARES DUSM | _/s/_ |